**COURTROOM DEPUTY'S MINUTES**        **MIDDLE DISTRICT OF ALABAMA**

-------------------------------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**        **DATE: July 13, 2005**
❏ **BOND HEARING**
❏ **DETENTION HEARING**        **Digital Recording 2:30 - 2:50**
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**

-------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05cr151-T     **DEFENDANT NAME:** Mary Wages Bobo

**AUSA:** Terry Moorer     **DEFT. ATTY:** Tiffany McCord

       **Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

___

| | |
|---|---|
| √ | Date of Arrest July 13, 2005 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Atty Tiffany McCord - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: July 15, 2005 |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: October 12, 2005 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |