UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-151-T |
| | ) | |
| **MARY WAGES BOBO** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Tiffany B. McCord, and enters her appearance on behalf of the Defendant, Mary Wages Bobo, in the above-styled case.

Dated this 13th day of July, 2005.

                                        Respectfully submitted,


                                        s/ Tiffany B. McCord
                                        **TIFFANY B. MCCORD**
                                        **AL Bar No.: ASB-3669-F69M**
                                        P.O. Box 1803
                                        505 S. Perry Street
                                        Montgomery, AL 36102
                                        Phone: (334)356-6529

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer, Assistant United States Attorney

_____
**TIFFANY B. MCCORD**
P.O. Box 1803
505 S. Perry Street
Montgomery, AL 36102
Phone: (334)356-6529
AL Bar No.: ASB-3669-F69M