| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr151-T |
|---|---|
| DEFENDANT<br>CHARLES DAVID BOBO and MARY E. WAGES BOBO d/b/a HORN HILL GROCERY, et al. | TYPE OF PROCESS<br>LIS PENDENS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COVINGTON COUNTY JUDGE OF PROBATE

ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*
COURT SQUARE ONE - ANDALUSIA, ALABAMA 36420

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: JULY 5, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>Karen A. Chavers | Date 7/5/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

RETURNED AND FILED
AUG - 1 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 7/12/05  Time: 1:57 pm<br>Signature of U.S. Marshal or Deputy<br>K. Chavers |

| Service Fee<br>45.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee<br>8.00 | Total Charges<br>53.00 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS: 7/6/05 C.M. # 7001 1140 0001 8579 6042
7/8/05 Received green card signed "Sherrie McPhillips"
7/12/05 Received recorded copy

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 JUL 12 PM 1:57

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | CR. NO. 2:05cr151-T |
| ) | |
| CHARLES DAVID BOBO and         ) | |
| MARY E. WAGES BOBO d/b/a      ) | |
| HORN HILL GROCERY and           ) | |
| JESSICA SINGLETON                    ) | |

### NOTICE OF LIS PENDENS/LEVY

GRANTEE: Jerry Harper (Owner of Record)

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR THE GRANTEE any interest in the real property described in this Notice of Lis Pendens/Levy.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Code of Alabama (1975) Sections 35-4-131 and 132, as made applicable hereto by the provisions of Title 28, United States Code, Section 1964, that on June 29, 2005, an INDICTMENT was returned by a Grand Jury sitting in the Middle District of Alabama charging in the FORFEITURE ALLEGATION of the INDICTMENT, pursuant to Title 21, United States Code, Section 853, that the following described real property known as Horn Hill Grocery, located in Opp, Alabama, together with all appurtenances and improvements thereto, has become, and is condemned and forfeited to, the United States of America under the provisions of Title 21, United States Code, Section 853:

> The NW1/4 of the SE1/4 of Section 1, Township 3, Range 17; and also a parcel of land containing about 5 acres, more or less, in the Southeast corner of the SW1/4 of the NE1/4 of Section 1, Township 3, Range 17, described as follows: "Beginning in the Southeast corner of the said

SW1/4 of the NE1/4 and running West along the Forty line 400 yards to the Opp-Florala public road; thence in a Northeasterly direction along said public road to the starting point; and also a parcel of land described as follows: "Beginning at the Northwest corner of the NE1/4 of the SE1/4 of Section 1, Township 3, Range 17, and running due South 85 yards down Forty line; thence East 35 yards; thence South 140 yards; thence West 35 yards to the Forty line; thence North along Forty line 140 yards to the starting point; "Less and except 3 acres, more or less, in the Northwest corner of the NW1/4 of the SE1/4 of Section 1, Township 3, Range 17; containing in the aggregate 43 acres more or less. Less a 20' R/W along existing road along East side of NW1/4 of SE1/4.

Said property belonging to Jerry Harper as shown by Warranty Deed dated April 12, 1993, and recorded at Book 912, Page 795 in the Land Records of Covington County, Alabama.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of any order of forfeiture.

Done this 5th day of July, 2005.

_____
JOHN T. HARMON
Assistant United States Attorney

Address of Counsel:

United States Attorney's Office
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

2005   1104
Recorded in the Above
Misc. Book & Page
07-27-2005 10:39:27 AM
Sherrie R. Phillips, Probate Judge
Covington County, Alabama
Term/Checks: COVINGTONCO / check
Check #443 12676.91/46
MF Certification Fee
MF Indexing Fee (Pro Judge)
MC Recording Fee
Total Fees:    $ 17.50

Covington County, Alabama
I certify this instrument was filed on
07-27-2005 10:39:27 AM
and recorded in Misc Book
2005 at Pages 1103 - 1104
Sherrie R. Phillips, Probate Judge

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Covington County Judge of Probate
P.O. Drawer 789
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_[illegible]_   7.18.2205

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

JUL -8 PM

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Grissett
B200

2. Article Number
7001 1140 0001 8579 6042

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985