COURTROOM DEPUTY MINUTES          DATE:  AUGUST 9, 2005

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:07 - 1:08

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR151-T-CSC              **DEFENDANT NAME:** MARY WAGES BOBO

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. TIFFANY MCCORD |

☒ **DISCOVERY STATUS:** Completed

☐ **PENDING MOTION STATUS:** Govt. Motion to Amend Typographical Error.

☐ **PLEA STATUS:**

☐ **TRIAL STATUS:**

☒ **REMARKS:** All parties will apply to Pretrial Division. Court to Continue this pretrial conf. to 9/19/05.