```
           IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO. 2:05cr151-T |
| | ) |
| CHARLES DAVID BOBO and | ) |
| MARY E. WAGES BOBO d/b/a | ) |
| HORN HILL GROCERY and | ) |
| JESSICA SINGLETON | ) |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 10th day of August, 2005.

```
                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jennifer Anne Hart**, **Marion D. Chartoff**, **Tiffany Bullard McCord** and **Tommie Brown Hardwick**.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J