# Attachment A

Brenda Barnett
2-6-04

Horn Hill Grocery
4-10-2003

Background noise

BB: Hi!

EB: Hi!

( Background noise, Television)

BB: (mumbling) unintelligible, matches, unintelligible, bread

BB: somewhere to sit down

EB: That looks clean

BB: Thank you, have you got any psuedos?

EB: Yeah

BB: Bottles or packages?

EB: Both

BB: How much are they a bottle?

EB: Fifteen

BB: Fifteen a bottle, ten, that would be how many?

EB: Ten bottles, a hundred fifty

BB: Ok I want ten bottles

(background noise)

Unk Male: Hello

EB: When is Justin's birthday? Is that it?

BB: Yeah

Unk male: June the 28th

BB: You out of bottles?

EB: You only get six bottles at a time, packets they're stuck together so there the same amount, the packets stuck together equals on bottle

BB: And they're fifteen a bottle? Thank You.

(exiting store)

BB: Ok I purchased ten bottles but she give me some bottles and some packages.


PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION
COPY TO _____ AUSA
FURNISHED BY _____

COPY

(driving noise)

LC: 3:16 pm Brenda and four of the Covington County task force officers have been sitting at the range since 3:11 pm waiting on us to get through traffic she never exited the vehicle, she's handing me the recorder, 3:16 pm, the drug evidence is in a paper sack in the front floorboard and I'm taking custody of it at the same time, for purposes of the tape what happened?

BB: I went into the store, they was a couple guys in there so I waited till they come out, got the Pepsi, asked if she had any psuedos, she said yes, told her I wanted ten Bottles, she give me some in bottles and some in packs. I asked her if she was out of bottles she said could only sell me five bottles and the rest of them in packs which are stapled together. She stated that they were stapled together.

LC: Describe her

BB: um, she's about five four, got real short dark hair with glasses, medium built, she had on a red top and jeans

LC: She told you she couldn't sell but five bottles and had to sell the rest in packs

BB: yeah

LC: Was there anybody else in the store?

BB: There was a real young guy... um he's a teenager, the way she was talking I assumed he was hers.

LC: About how old was she?

BB: She's in her forties, mid forties, mid forties late forties, somewhere around there

LC: But she already had the packs stapled together"

BB: Yes

LC: And then did she, is the bag stapled no it's open

BB: Bags open

LC: Ok but she had the packs stapled together, she sold you five bottles and the rest in packs

BB: fifteen dollars a

LC: Fifteen dollars a bottle, how much for packs?

BB: The packs are equal to the bottles

LC: The packs are equal to the bottles, did she tell you that?

BB: Yes

LC: Ok

BB: That's the reason they're stapled together

LC: How much all total did you spend?



BB: ( laughing) I forgot, it was fifteen dollars a bottle, a hundred and fifty plus tax

LC: A hundred fifty plus tax, Ok for purposes of the tape I'm turning the recorder off, everybody present Mark Odom, Mike Bolin, Paul Dean, Brett Holmes, Tony Helms, Linda Clemmons and Brenda Barnett, it is approximately 3:19 pm turning the recorder off.

Brenda Barnett
2-6-04



PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION
CPY TO            AUSA
FURNISHED BY      LSC
                  3104