# Attachment B

Transcript of Tape
Micro – Cassette Tape
Purchase form Charles Bobo
Horn Hill Grocery, Opp, Alabama

Date: 5-01-03

BB: Brenda Barnette
CB: Charles Bobo
LC: Linda Clemmons
TH: Tony Helms

BB: Hey. How ya' doin'?

CB: All right. How you doin'?

BB: Just fine. You whew!
Got any pseudo's? How many you got?

CB: A bunch.

BB: A bunch?

BB: Where's the little blondie at?

CB: She's over at the house unintelligible.

BB: I got one, two, three, four, five, six, seven, eight, nine, ten, eleven – twenty five. How many will that get me?

CB: 93 bottles.

BB: How many?

CB: 93 bottles.

BB: Have you got that many?

CB: I don't know. I'll check and see.

BB: Please.

CB: I got them in the packages, but I can't sell but three (3) bottles.

BB: Well, you can put the bottle with the packs together, can't you?

CB: I can sell you three (3) bottles and all the packs you want. Okay?

BB: Okay.

CB: There's no limit on the packs, but there's a limit on the bottles.

BB: Okay.

CB: Okay.

BB: I've met everybody else, but I haven't met you.

CB: Charles, I'm the owner.



BB: You the owner. Well what's the name of the store.

CB: Horn Hill.

BB: Horn Hill. Okay.

CB: This is a lot of counting.

BB: I was in here last week talking to her, she's crazy.

TV and/or Radio noise in background

CB: Sixty eight (68) packs and three (3) bottles, that's all I can do.

BB: Six bottles?

CB: No way, that's all I can do.

BB: What if I go out and come back in?



BB 2-18-04

CB: You can do that all you want.

BB: Okay.

Conversation in the background.

BB: You can go ahead and wait on him. I'm in no hurry.

Background noise. TV in background.

BB: You can go ahead and wait on him. I'm in no hurry.

UM: All right. Catch y'all later.

CB: That's eight hundred fifty two.

BB: How much?

CB: Eight hundred fifty two and that's 50 cents.

BB: One, two, three, four, five, six, seven, eight, nine

Background noise.

CB: Unintelligible, right there. Well we're short on twenty's right now. You han't got no?

BB: I'll give that right back to you. Laughs

CB: Forty Seven fifty's your change. They told me, they done got onto me for selling that many to one person, but they can't do nothing about the packets.

BB: Okay. Now, let's see, one, two, ten, twenty, thirty, forty, forty-five, fifty, seventy, two hundred seventy dollars. Now how many times I got to come back in here?

CB: Seven (7) times.



BB: How many?

CB: 22 divided by 3 is 7 times.

BB: Seven times.

CB: Are you working with the law?

BB: No. Do you think I'd be this far out of town if I was.

CB: The reason, I don't know where you're from.
Well, I don't know you.

BB: Well, it's a little too late to be asking me now, don't you think.

CB: No, because there ain't but three (3) bottles in there. See I'm legal on the packets.

BB: That go to show how much I know about it. Do you think I am? I'll just go ahead and leave.

CB: I don't care, cause I'm legal with what I've already done.

BB: Well, if I only buy three (3) would you still be legal.



CB: Yeah.

BB: All right. Am I working with the law or not.

CB: I don't think so.

BB: All right then.

CB: All right. Laughs

BB: I'll be back in a minute.

BB: He sold me packets, but will sell, only three (3) bottles at a time, so I got to go in seven (7) more times and buy three (3) bottles at a time. So, I'm gonna make my call and go ahead and do it.

BB: I'm back.

CB: Swear to God you're not working with the law.

BB: Cross my heart, hope to die.

CB: Two hundred and seventy dollars ($270.00).

BB: Let me make sure. I don't cheat you none now.

CB: All right.
BB: One, two, ten, twenty, thirty, forty, sixty, seventy,

CB: All right.

BB: I might have enough to get gas. Thank you.

BB: Guys, he is stupider than I thought he was.

Driving noises from vehicle.

BB: Tony, you can come on around now.

BB: Coughing

BB: Whistling.

LC: It's 2:17 PM. We're back at the original meet location. Brenda's turning over money, the recorder and the drug evidence, which is, tell us what happened.

BB: There was a different person in there which it was Charlie, the owner. Uhh, he said he could only sell me three (3) bottles, but he could sell me all the packs I wanted. He asked if I wanted 'em, and I told him yeah. He asked me how many, I told him, I counted my money out and I said I want this many ever how much this'll get me. So he figured it up.

LC: How much money did you count out?

BOBO    6/2005
59                                              5

BB 2-18-04

BB: Twelve hundred and twenty five, I believe is what, I believe is what it was. Wait a minute, let me redo this – 2100.00 and twenty five. Any way I asked him uhh.

LC: It was eleven twenty five.

BB: Right.

LC: Eleven twenty five.

BB: I asked him if I went out could I buy some more. He said yeah. I told him to figure on his calculator how many times I had to walk out that door. And he figured it up and said seven. I said I'll be back in a minute and I went back in and he said are you working for the law? I said do you think I'd be this far out of town if I was. He said you sure? I said cross my heart, hope to die? And when I went back he had two (2) one of them was ummm, it looked to be a whole thing not opened and one of the looked like it might have been open and he said it would be two hundred seventy dollars. And he sold 'em all to me at one time and he gave me back two dollars and fifty cents. And I also bought a coke. Umm, I didn't know whether to go back and buy the bottles like that or not. I was just going to use my best call and go ahead and get them when I could get 'em.

LC: Right. I have two (2) paper sacks, point to me the one you bought the first time.

BB: This one.

LC: You bought all the blister packs. So what did you pay for the blister packs?

BB: The blister packs and three (3) bottles...

LC: Three (3) bottles.

BB: Was eight hundred and something.

LC: Okay.

BB: I can't recall exactly, but it was eight hundred.

BB 2-18-04

LC: Okay, and this was.

BB: Two seventy.

LC: Two seventy and your returning to me.

BB: Two dollars and a half and a coke.

LC: Okay. So you had one thousand, one hundred and twenty five dollars.

BB: Correct.

LC: You bought a coke and this out of that and you're returning two dollars and fifty cents to me.

BB: Correct.

LC: Correct, Okay. All right, describe the man.

BB: He was a big man. I'd say uhh, gaw, 200 pounds easy, ummm. He had uhh, he was real large in his stomach and he was clean cut. Wore a cap, had on a blue plaid shirt and his name was Charlie and said he was the owner.

LC: He told you that.

BB: He told me that. I told him I had met everybody else and I hadn't met him and he said he was Charlie the owner.

LC: Okay. He didn't ask you any other question, other than were you the law?

BB: He said are you sure you're not working with the law.

LC: This bag, just for the record, the second buy, where she bought only bottles, there's one, two, three, four, twelve plus eleven. There's a total of twenty three (23) bottles in this bag and in the other bag is the blister packs and the three (3) bottles that he said he couldn't sell, but three bottles, the first time. There are so many of them I can't count them for the record right now, but the time is approximately 2:19

*Brenda Barnett*
*2-18-04*

TH: 2:22

LC: 2:22 PM. Aren't you a little ahead of what we were doing off of that. And I'm turning the recorder off. The people present are uh, Paul Dean, Tony Helms, Isaac Cosby, Mark Odom, Clemmons and Brenda. Turning the recorder off.

End of Tape





PROPERTY
ALABAMA BUREAU OF INVESTIGATION
COPY TO  AUSA
FURNISHED BY  LSC
3/04