Attachment C

*Brenda Barnett*
*2-18-04*

Transcript of Tape
Micro Cassette
Transaction on 4-24-03
Horn Hill Grocery
Opp, Alabama

BB – Brenda Barnette
LC – Linda Clemmons
JS – Jessica Singleton
JP – John Padgett
TH – Tony Helms



PROPERTY OF ALABAMA BUREAU OF INVESTIGATION
COPY TO: USA
FURNISHED BY: LSC
3/04
COPY

JS – Can I help you find anything?

BB – Uh, no not really. Uh, got any Pseudo's?

JS – Yeah.

BB – How many you got? Honey I need about well, they come in packs, uh 50 bottles.

JS – 50 bottles, wooh.

BB – She said last time they were stapled together and they was equal to a bottle.

JS – Right. Let me make sure I can sell that much at one time. They just walked out. I'm working.

BB – Well, last time she sold me 25.

JS – We need to make sure because I know, because there's a bunch of people coming by, I got to make sure.

UM – Hey, right over there it is.

JS – Hey, Preston, hold on a second.

UM – Unintelligible conversation.

BB – Wait on him first.

JS – Sorry, about that I had to take care of some business.

UN – That's alright, unintelligible

Background noise people talking

JS – Y'all have a nice day. Afternoon. That was five, uh 50 bottles, unintelligible at unintelligible a bottle.

BB – Twelve Dollars a piece. Okay.

JS – Unintelligible



BB – Please do?

JS – Is that all for you? One dollar. We got some cheaper water over there if you want that.

UM – That's fine. Thank you.

JS – Unintelligible, anybody else coming in.

BB _ Please.

JS – I wasn't going to say nothing out loud in front of everybody else, I.

BB – I understand. You from around here?

JS – No Florida.

BB – You look familiar. What's your name?

JS – Jessica

BB – Jessica

JS – Singleton

BB – Singleton

JS - I got family that lives here, but I have never lived here until three years ago.

BB – Jessica Singleton.

JS – Yes ma'am.

BB – Sounds familiar. Been working here long?

JS – Uh, well off and on for the past three years they been open.

BB – I knew I haven't been seeing you when I come in here before. Seen you, seen you every time. Who are you?

JP – John Padgett.

BB – John Padgett

JP – John Padgett.



JS – Unintelligible, uh, I just had a baby so I haven't been working much.

BB – Oh. Know anybody doing any cooking around here.

JS – Down that road, down that road.



BB – Anybody, that would talk to me?

JS – Let me think. Fifty you want me to double count that.

BB – Nah,

JS – I don't think I messed up, but.

BB – Nah, I'll get it next time.

JS – Yeah.

BB – He's always in here, so I'll use him as my witness.

JS – Just names?

BB – Somebody to talk to.

JS – No the one that would have talked to you is gone now him and her unintelligible.

BB – Who is unintelligible. I might already know them.

JS _ Uh?

BB – I might not want to deal with them, but.



JS _ They fixing to move so I don't know if they are still cooking it where they are living now or not. But, uh, I'm trying to think of their last names. I know they come in here and buy it all the time. They live right down the road in a trailer Uh, I try not to get to know their names, really get to know their names and stuff so.

BB – You don't remember their last name.

JS – People that drive that red car with the window out of it, what's their name?

JP – The guy's name is Jimmy.

JS – I know somebody else that is making it. Bruce.



BB – Around here.

JS – Uh, hum.

BB – Bruce who?

JS – What's Bruce's last name? I don't know last names, I know first names around here.

BB – Where does he live?

JS – Right down her eon the right in a trailer. Back behind a pasture. I don't know for a fact he's making anymore, but I knew he was. He hadn't been in here buying stuff for a while. I don't know if any of them would talk to you, because is so hot right now.

BB – unintelligible house, yeah.

JS – It's, it's too know who well you know them before they will sell or anything else to you.

BB – Oh, I don't want to sell, I want to do other things.

JS – Well, the people that would have went in with you are gone. For about 15 years now.

BB: I don't want to deal with them.

JS – Well, they were good, they was the biggest one around here they,

BB – And you don't know any of their names around here.

JS – Not real well, I try not to get unintelligible.

BB – Well, I could look them up in the phone book you know by name.

JS – Uh, I know Bruce doesn't have a phone. H don't do anything like that and he hadn't been in to buy anything in a while. There's a red head woman that drives a red car. She will make it for you, I know she would.

BB – That's what I need.

JS – She, uh, you can't miss here. She in a red Sunbrid with red hair and she is a bigger woman. If you saw her in town I'm sure if you walked up to her. I'm sure she would do it. She just

BB – You don't know her name.

JS – I haven't never talked to her.

BB – She drives a red Sunbird.

JS – A red Sunbird.

BB – With red hair.

JS – What give me an age group.

JS – 30 to 40 in her 30's or 40's more like her likely.

BB – Slim, big.

JS – Big

BB – Big woman

JS – Bigger woman dressed kind'a sleezy

BB – Dressed kind'a sleezy.



JS – I say sleezy, because she wears a skirt up to here and big as she is it just. You won't miss her. I telling you she is the only one that drives a red Sunbird with hair around here and it's an old model Sunbird. I'm sure she would because she been doing it for along time now.

BB – What about Grissetts you know anything about them.

JS – Grissetts what Grissetts are you talking about

BB – I don't know I just heard Grissetts around here.

JS – They ain't no Grissetts around here doing it. The only Grissetts I know is by baby's God Parents. I can't.

BB – I don't think that would be the right one.

JS - $600.00 dollars.

BB – Two, three, four, five, six. I appreciate that.



JS – Thank you.

BB – Maybe you will be in here the next go round.

JS – You have a nice day.



BB – You, too. We hit a gold mine, ladies and gentlemen.

LC – We are back at the original meet location at approximately 2:26 PM. Brenda followed Lt. Helms and myself in our vehicle back to the meet and, uh, Mike Boland and Issac Cosby followed Brenda back. Brenda turned over the recorder at 2:26 PM and the drug evidence, which is in a brown paper sack and tell me exactly was in this sack.

BB – Equal to 50 bottles of pseudos they're in packs stapled together.

LC – Okay, who actually made the sale.



BB – There was a young lady, uh, made the sale. She looked to be in her teens to me. Early twenties at the most, uh, I ask for them and she had to call the store owner to verify that she could sell that many. She went outside to make the call, because two guys walked in. She went out on the phone and a few minutes and she came back in. She came in and I told her to wait on the guys first and, uh, when she did I got in a conversation. She told me she could sell me those and uh, I was asking her about the pseudo's, and if she knew anybody was cooking and she tried to give me some names, but this young kid which was in there the first time I went in there was standing behind me shaking his head no. And she was trying her best to give me some names. She described this woman that drives, uh, a red Sunbird I believe. Red headed woman, she described her as being kind'a sleezy. She said why I call her sleezy, because she is a big woman wears a short mini skirt. She said she goo and she would cook it up for you right quick like. She said you couldn't miss her, because she only red headed woman driving, uh, red Suburu around town, Sunbird, Suburu. I can't remember it's on the tape.

BB – Uh, she tried to give me the names of two other people that live right there around the store. One of them lives I believe on Hodges Road, in a trailer down behind a field and she pointed just down the road. Uh, that the really good ones are facing 15 a piece right now, so she would give no. She

wanted to give me last name, but this guy standing back here shaking his head, so she pretended that she couldn't remember the last names. And I was going for all it worth. I told her just give the name and I could look it up in the phone book and contact them myself, but she wouldn't give me the last names.

LC – Describe her.

BB – She us about 5 foot, I say, weigh hundred forty. She big hips. I mean she big and young, short blond hair. Uh, denim jeans, hip hugger, tattoo

LC – Middle of the back.

BB – yes, she said she had been working on and off there for about three years ever since the store opened. She give her name. I asked her name.

LC – Okay.

BB – Her name sound familiar. Then she told me who she was and that she had family around here.

LC – Uh, what did you pay for it.

BB - $600.00 dollars. $12.00 dollars a bottle.

LC - $12.00 dollars a bottle. Did she charge you any tax.

BB – Uh-uh, just $600.00 dollars.



LC - Period.

BB – Period.

LC - Okay. Did she right it up on the cash register that you saw?

BB – No, I didn't see her ring it up on the cash register.

LC – Okay.

BB – I started to walk out without paying her. She said $600.00 please.

LC – Uh, she just told you she was calling the owner. She didn't call anybody by name.

BB – Uh, she said let me call and see they have just left.

LC – Okay.

BB – And there were people pulling out, getting in vehicles and pulling out. It was, I can't even tell you want kind of vehicle.

LC – But it was obvious that it was someone she got permission from?

BB – Yes.

LC – Okay. What time have you got now Tony?

TH – 2:29 PM

LC – 2:29 PM and we turning the recorder off.

End of Tape.

COPY

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION
COPY TO ___ AUSA ___
FURNISHED BY ___ LCC ___
3/04