COURTROOM DEPUTY MINUTES        DATE :   SEPTEMBER 19, 2005

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED:   1:19 - 1:22

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:**  2:05CR151-T-CSC    **DEFENDANT NAME:** MARY WAGES BOBO

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. TIFFANY MCCORD |

---

√    **DISCOVERY STATUS: NONE.**

√    **PENDING MOTION STATUS: DEFT'S M/SEVER DEFENDANT; M/CONTINUE TRIAL;**

❏    **PLEA STATUS:**

√    **TRIAL STATUS:  WILL TAKE 3 DAYS FOR TRIAL.  APPLICATION TO PRETRIAL DIVERSION IS PENDING.**

√    **REMARKS:** Govt. response to motion due 5 days from today's date; Judge Thompson will take up the motion to continue