**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.   2:05CR151-T** |
| | ) | |
| **MARY WAGES BOBO** | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on September 19,  2005 before the undersigned

Magistrate Judge.  Present at this conference was the Honorable Tiffany B. McCord,

counsel for the defendant, and Assistant United States Attorney Tommie Hardwick,

counsel for the government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **January 23, 2006**.   The trial of this case is set for the

trial term commencing on **January 23, 2006**, before United States District Judge Myron

H. Thompson and is expected to last three trial day.

2.  The following motions are currently pending: *Defendant's Motion to Sever*

*Defendant.*.

3.  Proposed voir dire questions shall be filed on or before **January 17, 2006.**

Counsel should not include questions seeking information which is provided in the jury

questionnaire.

4.  All motions in limine shall be filed on or before **January 17, 2005**.  Motions in

limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

    5.  Proposed jury instructions shall be filed on or before **January 17, 2006.**

    6. The last day on which the court will entertain a plea pursuant to Rule 11(c)

(1)(A) or (C) plea is **January 17, 2006.**  The government and defendant are informed that

if a defendant waits until the last minute to enter a plea, and if that plea, for whatever

reason, is not accepted by the court, the defendant and the government will be expected to

be prepared to go to trial on **January 23, 2006.**  The court will not continue the trial of

this case as to any defendant because a defendant's plea was not accepted.  In other

words, the defendant and the government should not wait until the last minute for a

defendant to enter a guilty plea, and both the defendant and the government should all be

ready to go to trial on **January 23, 2006**, as to all defendants, even though a particular

guilty plea was not accepted by the court.

    Done this 21st day of September, 2005.


                          /s/ Charles S. Coody
                      **CHARLES S. COODY**
                      **CHIEF UNITED STATES MAGISTRATE JUDGE**