

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:05-cr-00151-MHT-CSC |
| ) | |
| MARY WAGES BOBO ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, MARY WAGES BOBO, defendant in the above-styled case, do hereby waive my rights to a speedy trial as established in the Sixth Amendment of the United States Constitution and implementation of said right in 18 U.S.C. § 3161 et seq. I certify to the Court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and, with full knowledge of my rights, I hereby expressly waive my rights to a speedy trial as to the October 12, 2005 trial term.

_Sept 22, 2005_                          _Mary Wages Bobo_
Date                                     Mary Wages Bobo