

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | 2:05-cr-00151-MHT-CSC |
| ) | |
| **MARY WAGES BOBO** ) | |
| ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, MARY WAGES BOBO, defendant in the above-styled case, do hereby waive my rights to a speedy trial as established in the Sixth Amendment of the United States Constitution and implementation of said right in 18 U.S.C. § 3161 et seq. I certify to the Court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and, with full knowledge of my rights, I hereby expressly waive my rights to a speedy trial as to the October 12, 2005 trial term.

_Sept 22, 2005_    _Mary Wages Bobo_
Date                                       Mary Wages Bobo

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick, Ms. Marion Chartoff, and the Federal Defender Program.

      /s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com