**COURTROOM DEPUTY MINUTES**         **DATE :   NOVEMBER 14, 2005**

**MIDDLE DISTRICT OF ALABAMA**         **DIGITAL RECORDED: 1:03 P.M. TO 1:04 P..M.**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>**   **DEPUTY CLERK: <u>WANDA STINSON</u>**

**CASE NUMBER: <u>2:05CR151-T-CSC</u>**   **DEFENDANT NAME: <u>MARY W. BOBO</u>**

## APPEARANCES

<u>GOVERNMENT</u>                                      <u>DEFENDANT</u>
ATTY. TOMMIE HARDWICK                  ATTY. TIFFANY MCCORD

☐   **DISCOVERY STATUS:**

_____
_____

√   **PENDING MOTION STATUS:**   Motion to Sever Deft (ORAL Request to Withdraw) GRANTED.

_____

√   **PLEA STATUS:**   Possible plea.  Notice of Intent to be filed by the end of week.

_____
_____

√ **TRIAL STATUS:**   Case will not go to trial.

_____
_____

√   **REMARKS:** Parties advised to file notice ASAP.

_____
_____