IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 2:05-cr-00151-MHT-CSC |
| ) | |
| MARY WAGES BOBO, et. al.    ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, Mary Wages Bobo, by and through counsel, and notifies the Court of her intent to enter a plea of guilty to an Information to be filed in the above styled case, pursuant to a plea agreement negotiated under the Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

Respectfully submitted, this the 21st day of December, 2005.

/s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick, Ms. Marion Chartoff, and the Federal Defender Program.

<u>/s/ Tiffany B. McCord</u>
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com