IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 02:05cr151-T |
| v. ) | [21 USC 841(f)(1); |
| ) | 18 USC 2] |
| CHARLES DAVID BOBO, and ) | |
| MARY WAGES BOBO, d/b/a ) | |
| HORN HILL GROCERY ) | |
| ) | **INFORMATION** |

Beginning on or about April 10, 2003, and continuing to on or about May 1, 2003, Covington County, Alabama, within the Middle District of Alabama,

CHARLES DAVID BOBO, and
MARY WAGES BOBO, d/b/a
HORN HILL GROCERY,

defendants herein, while aiding and abetting others known and unknown, in violation of this subchapter, namely, Title 21, United States Code, Section 841(c)(2), did knowingly distribute a listed chemical, to-wit: pseudoephedrine, other than in violation of a record-keeping and reporting requirement of Section 830 of Title 21, all in violation of Title 21, United States Code, Section 841(f)(1), and Title 18, United States Code, Section 2.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

Tommie Brown Hardwick
Assistant United States Attorney