# United States District Court

~~FILED~~

__MIDDLE__ DISTRICT OF __ALABAMA__

JAN - 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

MARY WAGES BOBO, d/b/a
HORN HILL GROCERY

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:05CR151-T ~~02:05-CR-0051-T~~

I, __MARY WAGES BOBO, d/b/a HORN HILL GROCERY__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 841(f)(1) and TITLE 18 USC § 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/4/06__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Mary Wages Bobo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer