| COURTROOM DEPUTY MINUTES | DATE: 1/4/06 | FTR RECORDING: 10:06 - 10:13 - 10:23 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS | |

❏ ARRAIGNMENT    √ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *2:05CR151*-T-CSC    **DEFENDANT NAME:** MARY WAGES BOBO

**AUSA:** TOMMIE HARDWICK    **DEFENDANT ATTY:** *TIFFANY MCCORD*

Type Counsel:  ( ) Waived;  ( ) Retained;  (√) Panel CJA;  ( ) CDO

**USPO:** LESLIE CRAFT

Defendant ___ does  √ does NOT need and interpreter.

Interpreter present?  √ NO ___ YES    Name: _____

---

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) 1 of the **Felony Information**

❏ Count(s) _____    ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under √ same Conditions/Bond  imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____ ; √ Sentencing on _____ ; √ To be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or  ❏ Sentencing on _____ ❏ set by separate Order.