Case 2:05-cr-00151-LSC-CSC    Document 144    Filed 08/01/2006    Page 2 of 5
Case 2:05-cr-00151-LSC-CSC    Document 126    Filed 08/30/2006    Page 2 of 5
AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: MARY WAGES BOBO
Case Number: 2:05-CR-0151-LSC

RECEIVED

2006 AUG 16  A 11: 14

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to her family in Opp, AL.

The defendant shall surrender to the United States marshal for this district or the designated institution by 2:00 p.m. on July 17, 2006.

RETURNED AND FILED

AUG 0 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on __8/9/06__ to __MARIANNA, FCI__ at __MArianna Florida__, with a certified copy of this Judgment.

_Jesse Seroyer Jr._
United States Marshal

By _E-tony Thomas_
Deputy Marshal